AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

NORTHERN   DISTRICT OF   CALIFORNIA

*2007 OCT 11*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Victor Javier CABELLERO-Sanchez

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-70598 RS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __9/14/2007__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
*Official Title*
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__10/11/07__           at    San Jose, California
   *Date*                       *City and State*

Richard Seeborg
UNITED STATES MAGISTRATE JUDGE
*Name & Title of Judicial Officer*        _____
                                           *Signature of Judicial Officer*

**RE:** Victor Javier CABELLERO-Sanchez                                                                 A 78 465 872

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Victor Javier CABELLERO-Sanchez is a 27 year-old single male whose date of birth is currently understood to be April 29, 1981. He is a citizen and native of Mexico as substantiated by sworn statements made to that effect by the DEFENDANT during interviews initiated on both November 30, 2006 and on September 14, 2007. This most recent interview was taken at the Salinas Valley State Prison in Soledad, California by ICE Immigration Enforcement Agent (IEA) Patrick Malate of the San Jose, California DRO Sub-Office;

(2) The DEFENDANT has been assigned Alien Registration number of A 78465872, FBI number of 458465LB9, and California Criminal State ID Number of A21182948;

(3) On April 5, 2001, the DEFENDANT was convicted in the Superior Court of California/County of Sonoma, for the following misdemeanor offense: POSSESSION F A CONTROLLED SUBSTANCE, in violation of California Health and Safety Code Section 11377(A), for which the DEFENDANT was sentenced to forty-five days in jail;

(4) On July 2, 2001, the DEFENDANT was convicted in the Superior Court of California/County of Sonoma, for the following misdemeanor offenses: HIT AND RUN/PROPERTY DAMAGE, in violation of California Vehicle Code Section 20002(A) and DRIVING W/O A VALID DRIVERS LICENSE, in violation of California Vehicle Code Section 12500, for which the DEFENDANT was sentenced to forty-five days in jail;

(5) On August 20, 2001, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director, Eloy, Arizona and ordered deported from the United States to Mexico;

RE: Victor Javier CABELLERO-Sanchez                                    A 78 465 872

(6) On July 26, 2002, the DEFENDANT was convicted in the Superior Court of California/County of Sonoma, for the following misdemeanor offense: RECEIVING/ETC KNOWN STOLEN PROPERY, in violation of California Penal Code Section 496, for which the DEFENDANT was sentenced to ninety days in jail;

(7) On January 21, 2003, the DEFENDANT was convicted in the Superior Court of California/County of Sonoma, for both the following offenses: IDENTITY THEFT, a felony, in violation of California Penal Code Section 530.5(A), for which the DEFENDANT was sentenced to three years in prison *and* DUI W/ ALCOHOL/DRUGS, a misdemeanor, in violation of California Vehicle Code Section 23152, for which the DEFENDANT was sentenced to six months in prison;

(8) On January 30, 2004, the DEFENDANT was convicted in the Superior Court of California/County of Sonoma, for following felony offense: FELON/ADDICT/ETC IN POSSESSION OF A FIREARM, in violation of California Penal Code Section 12021(A), for which the DEFENDANT was sentenced to eight months in jail;

(9) On July 28, 2005, the DEFENDANT was determined to be unlawfully present in the United States by the DRO Field Office Director, San Francisco, California and ordered deported from the United States to Mexico;

(10) On July 19, 2006, the DEFENDANT was convicted in the Superior Court of California/County of Santa Rosa, for following felony offense: PAROLE VIOLATION, in violation of California Penal Code Section 3056, for which the DEFENDANT was sentenced to five months in jail;

(11) On December 12, 2006, the DEFENDANT was determined to be unlawfully present in the United States by the DRO Field Office Director, San Francisco, California and ordered deported from the United States to Mexico;

(12) On April 20, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Santa Rosa, for following felony offense: PAROLE VIOLATION, in violation of California Penal Code Section 3056, for which the DEFENDANT was sentenced to six months in jail;

RE: Victor Javier CABELLERO-Sanchez                                          A 78 465 872

(13) On, September 14, 2007, the Defendant was encountered by IEA Patrick Malate, at the Salinas Valley State Prison in Soledad, California, and determined to be unlawfully present in the United States after a prior deportation. IEA Malate read the DEFENDANT of his **Miranda** rights in the English language. The DEFENDANT waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

(14) The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(15) Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 11th day of October, 2007

Richard Seeborg
UNITED STATES MAGISTRATE JUDGE